**SIGNED.**

Dated: June 23, 2010



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| FIRST MAGNUS FINANCIAL CORPORATION, | No. 4:07-bk-01578-JMM |
| Debtor. | Adversary No. 4:09-ap-01004-JMM |
| MORRIS C. AARON, LIQUIDATING TRUSTEE FOR THE FIRST MAGNUS LIQUIDATING TRUST, | **MEMORANDUM DECISION** |
| Plaintiff, | |
| vs. | |
| G & J DEVELOPMENT, INC., | |
| Defendant. | |

The court considered the pleadings and the agreements submitted for, and in opposition to the Defendant's motion for summary judgment (DN 12). The court finds that no material fact question exists for trial and that, based on the applicable law, the motion for summary judgment should be granted and the motion for sanctions denied. A separate judgment will be entered. FED. R. BANKR. P. 9021.

DATED AND SIGNED ABOVE.

COPIES to be sent by the Bankruptcy Notification Center ("BNC") to all parties to this adversary proceeding.